# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PC COMA LLC,<br><br>   Plaintiff,<br><br> v.<br><br>OKI DATA AMERICAS, INC.,<br><br>   Defendant. | C.A. No. 18-872-MN |

## STIPULATION OF DISMISSAL

  Plaintiff PC Coma LLC ("PC Coma") hereby DISMISSES, WITH PREJUDICE AND NO RIGHT OF APPEAL the claims asserted against Oki Data Americas, Inc. ("ODA") in this action. Each side shall bear its own costs, expenses and attorneys' fees.

SO STIPULATED on December 28, 2018

|  |  |
|---|---|
| OF COUNSEL:<br><br>Neal G. Massand<br>Hao Ni<br>Timothy Wang<br>NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Ln., Ste. 310<br>Dallas, TX 75231<br>(972) 331-4600 | DEVLIN LAW FIRM LLC<br><br>*/s/ Timothy Devlin*<br>Timothy Devlin (No. 4241)<br>1306 N. Broom Street, 1st Floor<br>Wilmington, DE 19806<br>Phone: (302) 449-9010<br>tdevlin@devlinlawfirm.com<br><br>*Attorneys for Plaintiff*<br>*PC Coma LLC* |

| | |
|---|---|
| OF COUNSEL: | SHAW KELLER LLP |
| Marc R. Labgold, Ph.D.<br>NAGASHIMA HASHIMOTO<br>& YASUKUNI<br>Hirakawa-cho KS Bldg., 2nd Floor<br>2-4-14 Hirakawa-cho, Chiyoda-ku<br>Tokyo 102-0093 Japan | */s/ Jeffrey T. Castellano*<br>John W. Shaw (No. 3362)<br>Jeffrey T. Castellano (No. 4837)<br>Andrew E. Russell (No. 5382)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>jcastellano@shawkeller.com<br>arussell@shawkeller.com<br><br>*Attorneys for Defendant*<br>*Oki Data Americas, Inc.* |

IT IS SO ORDERED this \_\_\_\_ day of _____.

_____
The Honorable Maryellen Noreika